■   GATEWAY COMPANY, Respondent, v ANDREW DAVE, Appellant.—Appeal by defendant, as limited by his brief, from an order of the Supreme Court, Westchester County, entered April 19, 1974, which granted plaintiff's motion to strike defendant's interrogatories. Order affirmed, with $20 costs

and disbursements (cf. *Schertzer v Upjohn Co.,* 42 AD2d 790). Gulotta, P. J., Rabin, Hopkins, Martuscello and Shapiro, JJ., concur.